# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ysidro Juan Valdez,<br><br>Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.<br><br>Respondents. | No. CV-18-02469-PHX-SRB(DMF)<br><br>**ORDER** |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on January 31, 2018 raising five grounds for relief: 1) that he is factual innocent; 2) that he received ineffective assistance from trial counsel; 3) that the state court lost jurisdiction of his matter before the plea agreement; 4) that his sentencing was illegal; and 5) that his rights were violated by a *Brady/Giglio* disclosure violation. Respondents filed their Response to Petitioner's Petition for Writ of Habeas Corpus on January 31, 2019 and Petitioner filed his reply on March 8, 2019. On July 22, 2019, the Magistrate Judge issued her Report and Recommendation recommending that the petition be denied and dismissed with prejudice.

In her Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

. . .

1    **IT IS ORDERED** adopting the Report and Recommendation of the Magistrate
2    Judge as the order of this Court. (Doc. 20)
3    **IT IS FURTHER ORDERED** denying the Petition for Writ of Habeas Corpus and
4    dismissing it with prejudice.
5    **IT IS FURTHER ORDERED** denying any Certificate of Appealability and leave
6    to proceed in forma pauperis on appeal because dismissal of the Petition is justified by a
7    plain procedural bar and reasonable jurists would not find the procedural ruling debatable
8    and because Petitioner has not made a substantial showing of the denial of a constitutional
9    right.
10   **IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 26th day of August, 2019.

_____
Susan R. Bolton
United States District Judge